Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFT LINE SPA

        Plaintiff,

  - against -

M/V DIEGO etc., et al.

        Defendants.
------------------------------------------------------------X

07 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, SOFT LINE SPA, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

SOFT LINE SPA. is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
      August 13, 2007

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

          By: _/s/ Martin F. Casey_
                  Martin F. Casey (MFC-1415)
                  317 Madison Avenue, 21st Floor
                  New York, New York 10017
                  (212) 286-0225