UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOFT LINE, SPA

        Plaintiff,

  - against -

M/V DIEGO etc et al.

        Defendants
------------------------------------------------------------X

07 Civ. 7210 (LTS)

NOTICE AND ORDER OF VOLUNTARY **DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2007

**IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       September 18, 2007
       112-16

                    CASEY & BARNETT, LLC
                    Attorneys for Plaintiff

      By: _____
                    Martin F. Casey (MFC-1415)
                    317 Madison Avenue, 21st Floor
                    New York, New York 10017
                    (212) 286-0225

SO ORDERED:

_____ 9/19/2007
U.S.D.J.